An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMMY EARL COLLINS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62371

**FILED**

MAY 23 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a proper person appeal from an order denying an amended motion to correct sentence.[1] Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

In his motion filed on October 15, 2012, appellant claimed that the sentences for counts 4 through 18 should run concurrently with the sentences for count 3 because the judgment of conviction did not specify how the sentences for the latter counts ran with count 1. Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Appellant failed to demonstrate that his sentence was facially illegal or that the

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-15272

district court lacked jurisdiction. *See id.* We therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. Linda Marie Bell, District Judge
     Sammy Earl Collins
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk